IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | |
|---|---|
| Faith Home Incorporated, )<br>  )<br>             Plaintiff, )<br>  )<br>    vs. )<br>  )<br>United States of America; United )<br>States Department of Agriculture; )<br>United States Department of )<br>Health and Human Services; and )<br>Greenwood County South Carolina )<br>Department of Social Services, )<br>  )<br>             Defendants. )<br>_____) | Civil Action No. 8:05-2061-RBH-BHH<br><br>**REPORT OF MAGISTRATE JUDGE** |

By order of this court filed July 29, 2005, the plaintiff in this action, a corporation, was advised that a corporation may not proceed in federal court without legal representation. The plaintiff was given 30 days to retain counsel. The response of the plaintiff was to file a letter stating "this was never meant to be a lawsuit" and the plaintiff was only seeking "judicial review."

Subsequently, this court, by order filed September 6, 2005, the plaintiff was given through September 29, 2005, to retain counsel. The plaintiff was advised in that order that counsel was not obtained by that deadline, the case will be recommended for dismissal for lack of prosecution under F.R.Civ.P. Rule 41(b). To date, no notice of appearance has been filed by an attorney with the court.

Wherefore, it is recommended that this action be dismissed pursuant to F.R.Civ.P. Rule 41(b) for failure to prosecute.

s/Bruce H. Hendricks<br>United States Magistrate Judge

September 30, 2005

Greenville, South Carolina